736

Commonwealth *v.* Lucas, Appellant.

Before CAMPBELL, P. J.

Argued September 11, 1974. *Alfred Jones, Jr.,* with him *Dunaway, Weyandt & McCormick,* for appellant; *C. Kent Price,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Mathues, Appellant.

Before LOWE, J.

Argued September 12, 1974. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.